UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWOOD VISTAS, et al.,<br><br>Defendants. | No. 2:18-cv-0473 JAM AC<br><br><br><br>ORDER |

Plaintiffs are proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiffs have requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 3.

The court cannot accept plaintiffs' IFP application in its current form. To file a complaint in federal district court, plaintiff must either pay the filing fee or file an IFP application. Here, only one plaintiff has filled out an IFP application. In cases such as this with multiple plaintiffs, each individual plaintiff is required to file a separate IFP application containing her individual financial information. This is necessary in order for the court to determine whether granting IFP status for each plaintiff is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' request to proceed IFP (ECF No. 3) is DENIED without prejudice to its renewal by each plaintiff individually, and with all entries on each form completed.

1

2. Plaintiffs are granted 30 days from the date of this order to renew the IFP application in proper form, or to pay the filing fee. Plaintiffs are cautioned that failure to timely renew the IFP in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

DATED: April 17, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE