UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN SMITH, et al., | No. 2:18-cv-00473 JAM AC PS |
| Plaintiffs, | |
| v. | ORDER |
| WESTWOOD VISTAS, et al., | |
| Defendants. | |

On April 17, 2018, the court denied plaintiffs' application to proceed in forma pauperis ("IFP") because plaintiffs had failed to file and complete separate IFP applications containing each of their individual financial information. ECF No. 4. The court granted plaintiffs 30 days to renew individual IFP applications. The deadline has now passed, and plaintiffs have not filed their renewed IFP applications.

Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause in writing, within 14 days, why their failure to file renewed IFP applications should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of individually renewed IFP applications within this timeframe will serve as cause and will discharge this order.

////

////

1

If plaintiffs fail to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: May 18, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE