UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN SMITH and GLENN FORD DEARY, II,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WESTWOOD VISTAS, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-00473 JAM AC PS<br><br><br>ORDER |

　　　Plaintiffs are proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21).

　　　Plaintiffs have requested an extension of time to file a first amended complaint from December 30, 2018 to March 11, 2019. ECF No. 9. Plaintiff Patricia Lynn Smith asserts that the extension is necessary for her to obtain the proper education in the law to file an adequate amended complaint. Id. at 1. Considering the plaintiffs' pro se status and the procedural posture of this case, the court will grant a one-time extension. Plaintiffs are cautioned that future requests for additional time will be looked upon with disfavor.

　　　For cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs' request for an extension of time (ECF No. 9) is GRANTED. Plaintiff shall file an amended complaint no later than March 11, 2019.

2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: January 7, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE