UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LYNN SMITH and GLEN FORD DEARY, II,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWOOD VISTAS, et al.,<br><br>Defendants. | No. 2:18-cv-00473-JAM-AC (PS)<br><br>ORDER TO SHOW CAUSE |

On November 30, 2018, this court dismissed plaintiff's complaint with leave to amend within 30 days. ECF 8. Plaintiffs sought an extension of time (ECF No. 9), which the court granted (ECF NO. 10), specifying that plaintiffs' amended complaint was due no later than March 11, 2019. That deadline has now passed, and plaintiffs have not filed the anticipated amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiffs fail to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: March 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE